# United States Court of Appeals for the Federal Circuit

---

September 30, 2010

**ERRATA**

---

2010-1044

ROMALA STONE, INC.,
*Plaintiff-Appellant,*

**v.**

THE HOME DEPOT U.S.A., INC.,
*Defendant-Appellee.*

Appealed from:  United States District Court for the Northern District of Georgia

Decided:  September 9, 2010
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "Holmes J. Hawkins III, argued for defendant-appellee" to "Paul D. Clement".